JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRION LARRY ALEXANDER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES,<br>　　　　Respondent. | Case No. 2:21-cv-06742-ODW-SP<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 14, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE